*3*

UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

Faith Blake.,

Barbara Lang.,

Regina Preetorius.,                                      Case No: 1-24CV-865-0

Maribel Santana-Cerano.,

April Cadena.,



Jacqueline Graham.,
on behalf of themselves and all others similarly situated
                                    PLAINTIFFS

              v.

Warden Rule,  (in his official capacity as Warden of FMC Carswell)
Captain Smith, (in her official capacity as Captain of FMC Carswell)
Ms. Mallard, (in her official capacity as CMC of FMC Carswell/head mailroom supervisor)
Officer Tolliver, (in his official capacity as mailroom supervisor)
Officer Frazier, (in her official capacity as mailroom supervisor)
Officer Bishop, (in his official capacity as federal correctional officer mailroom)
Officer Parker, (in her official capacity as federal correctional officer mailroom)
Officer Robels, (in his official capacity as federal correctional officer mailroom)
Officer Tucker, (in his official capacity as federal correctional officer mailroom)
Officer Turner, (in her official capacity as federal correctional officer mailroom)
Officer Haskins, (in her official capacity as federal correctional officer mailroom)
Officer Knotts, (in her official capacity as federal correctional officer mailroom)
Officer Blanchard, (in her official capacity as federal correctional officer mailroom)
Unnamed Postal Employees at Post Office on the Joint Air Force Base
                                    DEFENDANTS


MOTION UNDER 1983
CONSTITUTIONAL AND CIVIL RIGHTS
VIOLATIONS


INTRODUCTORY STATEMENT

1. This is a civil rights class action brought on behalf of the named Plaintiffs and future unnamed joiners who have been, are now, or will be confined on the United States Federal prison FMC Carswell in Fort Worth, Texas.

2. Plaintiffs named seek Compensatory Damages, Punitive Damages and Injunctive Relief from cruel and abusive conditions of confinement imposed by Defendants that violate rights guaranteed to them by the First, Fourth, Sixth, and Fourteenth Amendments to the United States Constitution, and by federal and state laws.  These conditions seriously endanger Plaintiffs physical and psychological health and safety, deprive them of access and restrict communications with their families and in particular the courts and attorneys.  This serious lack of security, lack of adequate staff, obvious conspiratorial retaliations, and deprivation of access to courts.

4 a

## JURISDICTION

3.  This Court has jurisdiction of this action under 28 U.S.C. Section 1343(B), this being an action to redress the deprivations under color of state and federal law, of rights secured by the Constitution of the United States and the Civil Rights Act, 42 U.S.C. Section 1983.

4.  This Court also has jurisdiction of this action under 28 U.S.C. Section 1343(4), since this is on an action to secure declaratory, injunctive, and other equitable relief under Acts of Congress providing for the protection of civil rights, specifically the Civil Rights Act, 42 U.S.C. Section 1983.

5.  This Court also has jurisdiction of this action under 28 U.S.C Section 2201 and 2202, and Federal Rules of Civil Procedure 57 and 65, since this is an action seeking a judgment declaring the rights of Plaintiffs and for injunctive and other equitable relief based upon that declaratory judgment under Section 1983.

## PLAINTIFFS

6.  Plaintiff Faith Blake is a citizen of the United States.  She is currently confined in the facility.  She sues in Pro Se.

7.  Plaintiff Barbara Lang is a citizen of the United States.  She is currently confined in the facility.  She sues in Pro Se.

8.  Plaintiff Regina Preetorius is a citizen of the United States.  She is currently confined in the facility.  She sues in Pro Se.

9.  Plaintiff Maribel Santana Cerano is a citizen of the United States.  She is currently confined in the facility.  She sues in Pro Se.

10.  Plaintiff April Cadena is a citizen of the United States.  She is currently confined in the facility.  She sues in Pro Se.

11.  Plaintiff Jacqueline Graham is a citizen of the United States.  She is currently confined in the facility.  She sues in Pro Se.

12.  The named Plaintiffs have been subjected to the policies, practices, acts, and omissions described in this Complaint.

## DEFENDANTS

13.  Defendant Warden Rule is Warden of FMC Carswell.  He is the chief executive officer of FMC Carswell, and is responsible for the development and implementation of the polices, practices, and procedures described in this Complaint, which are the official polices, procedures, and practices of the BOP and Constitution and United States Federal Laws.

14.  Defendant Captain Smith is the Captain of FMC Carswell.  She is the executive officer over all correctional officers at FMC Carswell.  In this capacity, she is responsible for developing training, and implementing training of correctional officers at Carswell and operations of Carswell.

15.  Defendants Parker, Robles and Tucker are the correctional officers responsible for mailroom services, delivering outgoing mail to the post office and retrieving incoming mail from federal post office and warehouse.

16.  Defendants unnamed are federal postal workers on the Joint Air Force Base.  They are parties who scan certified tracking slips attached to Plaintiff's outgoing legal mail; stamped certified slips with dates received at post office; and responsible to process mail for proper delivery.

## CLASS ACTION

17.  Named Plaintiffs bring this action on behalf of themselves and all other similarly situated pursuant to Rule 23(a) and (b)(2) of the Federal Rules of Civil Procedure.  The class consist of all AIC's who are currently, have been during the past year, or will be confined in the institution.

18.  The members of the class are so numerous that joiner of all members is impractical.  During the past year, Defendants have confined more than 1,000 women in the institution.

19. Plaintiffs are subject to the conditions of the prison and the practices of the Defendants described in the Complaint during their confinement at the facility, so that there are questions of law and fact common to the members of the Plaintiff class. The questions of law and fact common to all members of the Plaintiff class include whether the conditions, practices, acts, and omissions complained have occurred at the institution, and whether these conditions and practices violate Plaintiffs' constitutional and civil rights.

20. The claims of the named Plaintiffs are typical of the claims of the Plaintiff class. At least one of the named Plaintiffs has been subjected to and suffered from each of the conditions, policies, practices, acts, and omissions complained of in this action.

21. The injuries suffered by Plaintiffs as a result of the practices of Defendants complained of herein present a continuing controversy and are capable of repetition, yet may evade review, thereby making class review appropriabe

.                                                                FACTUAL ALLEGATIONS

22. Defendants have been proven to be opening outgoing legal mail to Courts and Counsels sent by Plaintiff's Certified U.S. mail.

23. Defendants are proven to be making copies of Plaintiff's legal mail.

24. Defendants are proven to be providing copies of Plaintiff's legal mail to other staff members.

25. Defendants are shown to be in conspiracy with unnamed Defendants at outside military base postal office to scan certified U.S. postal slip, but not leave the outgoing legal mail packages at post office. Defendants return to FMC Carswell with outgoing legal certified mail packages to 1) destroy it or loose it; 2) copy it. United States tracking system states "label created waiting for package" proving packages were scanned but not left at post office to be mailed out by Defendants.
Some packages were by mistake resent to Plaintiffs in housing units and coverup stories were told to Plaintiffs by Defendants.

26. Defendants are shown to be in conspiracy with unnamed Defendants at outside base post office to stamp return to sender slip of certified tag that provides a postal stamp showing the date the outgoing legal mail was taken to post office by FMC Carswell Defendants named, and outgoing legal mail certified mail slips were "not" scanned into U.S. tracking system, but merely "stamped" by unnamed Defendants in to falsely misrepresent to Plaintiffs that their outgoing legal mail was sent out. Those stamp tickets are brought back to FMC Carswell by named Defendants and provided back to Plaintiffs as false evidence their outgoing legal mail was sent out when FACTUALLY the Defendants never left the outgoing legal mail package at the post office but returned with it to Carswell to "copy" "destroy" or/and "loose it".

27. Unnamed Defendants employed at Federal Post Office on Military Base are assisting knowingly, willfully, with intent to violate constitutional, civil, and U.S. Federal laws, the named Defendants, by agreeably stamping certified main slips to outgoing marked "legal mail" packages with U.S. postal "date of received stamp" provided by federal post office. These unnamed Defendants know the outgoing legal packages are; 1) not even present or, 2) are being taken back by named Defendants. The outgoing packages are not properly scanned into tacking system to prevent Plaintiff's from being able to attempt to identify package sent.

28. Unnamed Defendants employed at Federal Post Office on Military Base are assisting knowingly, willfully with intent to violate constitutional and civil rights and U.S. Federal laws of the named Plaintiffs by agreeably scanning certified slips attached by Plaintiffs to outgoing legal mail packages (marked "legal mail"). This is only done when the conspiracy act laid out in number 26 is not the avenue used to violate the constitutional, civil rights and U.S. Federal laws. When this scheme is employed by unnamed Defendants it allows the certified tracking number on the outgoing legal mail package to be logged into the system where it states "label; created, waiting for package". Then the unnamed Defendants knowing allow the named Defendants to take back the outgoing legal certified mail when the unnamed Defendants are suppose to stamp with the postal date of receipt stamp the Plaintiffs certified slip that's to be returned to the named Plaintiffs as their receipt of date received by Post Office. Legal mail packages are brought back to FMC Carswell by named Defendants and copied, lost, or/and destroyed, never being sent out to Courts and Counsels. Evidence seen in U.S. Postal Tracking system. Packages never track after being scanned and "label being made".

Named Plaintiffs have through the sloppy work by named Defendants, received back their outgoing marked certified legal mail in their Housing Unit AFTER being scanned at Post Office on Base, showing named and unnamed Defendants committing illegal constitutional actions against named Plaintiffs.

29.  Former attorneys have received back from the Defendants original legal mail along with a photographed copies of legal materials sent to Plaintiffs, with a note attached informing another FMC Carswell employee "Here's a copy of....'s legal papers sent to her"......  This action required the Defendants to open Plaintiff's marked legal mail and make an illegal copy for another employee.

30.  Former attorney is on recorded phone call informing Plaintiff that an FMC Carswell social worker called him two times from the federal prison when he received outgoing marked certified legal mail from the Plaintiff which contained virtually sensitive matters regarding a motion before the Prosecutor and current abuses she is suffering at Carswell. This attorney was shaken to the point that he informed the Plaintiff that he would be blocking her calls.
Plaintiff needs an investigator to retrieve said calls. Plaintiff's son heard whole call recorded.  Evidence is vital.

31.  The named Plaintiffs have and currently are suffering retaliation by named Defendants through additional FMC Carswell unnamed staff members, such as name calling, being told mother and daughter are going to be separated, refusal to take remedies or provide answers, threats of rooms to be trashed..... See attached email sent.

32.  Plaintiffs' First, Fourth, Sixth, and Fourteenth Constitutional Rights, Civil Rights and Federal laws have and are actively being violated by Defendants named and unnamed.

33.  Defendants named and unnamed are violating Plaintiffs Due Process rights to Courts and Counsels.

.
                                    ADMINISTRATIVE REMEDIES

.
34.  Plaintiffs can not exercise administrative remedies when Defendants 1) do not respond to emails sent under administrative remedies link provided to AIC's.  Furthermore, administrative remedies are refused by Unit Team members named with supported evidence by Plaintiffs in current 2241 cases(s).  Additionally, named Defendants have knowingly, will fully falsely  .  provided FAKE mailing addresses to the Plaintiffs named and unnamed to Washington D.C. where AIC's are to provide administrative remedies via U.S. mail.  There is no way to follow the computed administrative remedy process when Defendants provide FALSE information in order to prevent remedies.  If Defendants violate one constitutional, due process, and civil right they violate those same rights in all aspects.  Material Evidence available to these claims.  (See Plaintiffs (4) 2241's Case Numbers: 4:24-cv-726-P; 4:24-cv-727-O; 4:24-cv-740-O; 4:24-cv-743-O).

.
                                      SAFETY AND SECURITY

.
35.  Defendants named and unnamed jeopardize Plaintiffs' health and safety by failing to provide adequate safety in the institution.

36.  As a result, Plaintiffs are victims of staff violating Federal laws, Constitutional rights, Civil rights, and Due Process rights. When notified of abuses, Defendants lie (if they respond), or refuse to respond to in person attempts and emailed attempts by Plaintiffs, and/or Defendants have made attempts to cover up abuses by falsifying information in system, changing information in system (such as "fake addresses") and blame other employees other than themselves in attempt to throw Plaintiffs off course.  (See emails to Captain Smith).

37.  Defendants named encourage other FMC Carswell staff members to retaliate against Plaintiffs.

38.  Defendants named do not adequately train staff intentionally in order to continue to practice abuses to Plaintiffs Constitutional, Civil and Due Process rights and knowingly and willfully violate United States Federal laws such as (mail tampering and mail fraud) 18 U.S.C. Section 1341 and 18 U.S.C. Section 1708.

39.  Defendants named and unnamed violate positions of Trust allotted to them by United States Federal Government knowingly, with intent, and willfully are involved in a conspiracy against persons in their care and United States citizens.

.
                                    LEGAL CLAIMS & ARGUMENTS

.
40.  For Plaintiffs' legal claims enumerated below, they repeat and reallege paragraphs 1 through 39 as if fully set forth herein in each and every statement of claim, and further allege:

.

.
                                          FIRST CLAIM:
                                          DUE PROCESS

.
41.  Defendants named and unnamed, by subjecting Plaintiffs to conditions of confinement described herein, individually and in their conspiratorial totality, deprive Plaintiffs of their right to Due Process of law guaranteed by the Fourteenth Amendment to the United States Constitution.

.
                                          SECOND CLAIM:
                                          UNUSUAL PUNISHMENT

.

42.  Defendants name and unnamed, by subjecting Plaintiffs to the conditions of confinement described herein, individually and in their conspiratorial totality, deprive Plaintiffs of their right to be free from cruel and unusual punishment guaranteed by the Eighth and Fourteenth Amendments to the United States Constitution.

THIRD CLAIM:
SPEECH AND ASSOCIATION

43.  Defendants, by subjecting Plaintiffs to the conditions described herein, and in particular by restricting their communication with persons outside of the facility, deprive Plaintiffs of their right to freedom of speech and association guaranteed by the First and Fourteenth Amendments to the United States Constitution.

FOURTH CLAIM:
ACCESS TO THE COURTS

44.  Defendants named and unnamed, by failing to provide and knowingly, willfully, with intent to prevent Plaintiffs from access to Courts and Counsels, violate rights guaranteed to Plaintiffs by the First and Sixth Amendments to the United States Constitution.

FIFTH CLAIM:
DEFENDANTS VIOLATE FEDERAL
LAWS OF MAIL FRAUD AND MAIL
TAMPERING

45.  Defendants have violated 18 U.S.C. 1708, which criminalizes mail theft, and Tex. Pen. Code Section 37.09, 37.10, which criminalizes tampering with governmental records and physical evidence.  Furthermore, the Defendants have violated 18 U.S.C. Section 1341 Mail Fraud.  The Plaintiffs seeks a Spears Hearing.

SIXTH CLAIM:
OUTRAGEOUS GOVERNEMNT
CONDUCT

46.  Defendants named and unnamed, official government employee actions, are so reprehensible as to shock the conscious and violate rationally vindicated standards of justice and laws.

SEVENTH CLAIM:
INDIFFERENCE AND FRAUD

47.  Defendants named and unnamed have falsified information that is protected by Federal laws and United States Constitution.  Defendants have practiced trickery, schemes, a reckless disregard for the truth with intent to deceive the Plaintiffs and United States Courts.  Defendants knowledge sufficiently satisfies the actual requirement of actual fraud.

48.  Defendants named and unnamed have placed Plaintiffs unto a less secure position as citizens in their care.  Protecting citizens in their care.  Protecting citizens from arbitrary government actions is fundamental.  Thus the presence of security considerations that the Defendants may attempt to claim as defense does NOT suspend the Constitution.  These Defendants acted willfully, the acts were committed voluntarily and purposely, with the intent to so something the law forbids.  Each Defendant meets the element of mens rea.

49.  The Complaint herein under 1983 alleges facts that, if true, not only would establish Defendants' liability for the First, Fifth, Sixth, Eighth, Fourteenth, and Civil Rights violations but would also be sufficient to overcome a qualified immunity defense.  "A official is entitled to qualified immunity unless the Plaintiff demonstrates that (1) the Defendant violated the Plaintiff's Constitutional Rights and (2) the Defendant's actions were abjectly unreasonable in light of clearly established law of the time of the violation."  Porter, 659 F. 3d at 445.  A Government official;s conduct violates clearly  established law when, at the time of the challenged conduct, "[t]he contours of [a] right sufficiently clear 'that every' reasonable official would have understood {2018 U.S. Dist. Lexis 27} that what he is doing violates that right."

50. The Plaintiffs have equal rights under the law to the full and equal benefits of all laws and proceedings for the security of persons and property... Section 1981.

51. The Defendants reckless indifference to the truth is sufficient to satisfy the actual requirement of actual fraud: [A]ctual fraud requires knowledge of the falsity and intent to deceive. A showing of reckless indifference will be sufficient to satisfy the knowledge element. It is established by Plaintiffs, the Defendants knowledge based on recklessness, their conduct has exceeded negligence and has risen to the level of reckless disregard for the truth. And, furthermore, a reckless disregard for the United States Constitution and well established federal laws. This Court may find recklessness based on a pattern of conduct or behavior.

52. In addition, reckless indifference to the truth is sufficient to prove the requisite intent to deceive. Thus, a reckless disregard of the truth of a statement will fulfill both the knowledge element and the intent to deceive element. In re Cohen, 185 B.R. 171, 177-78 (Bankr, D.N. N.J. 1999) (internal citations omitted); See also In re Norris, 70 F. 3d 27, 30 n. 12 (5th Cir. 1995) (finding that reckless disregard for the truth combined with the sheer magnitude of the resultant misrepresentation may combine to create an inference of intent to deceive. Fraud is a generic term, which embraces all the multifarious means which human ingenuity can devise.... No definite and invariable rule can be laid down as a general proposition defining fraud, and it includes all surprise, trickery, cunning, dissembling, and any unfair way by which another is cheated. McClellan v. Cantrell, 217 F. 3d 890, 893 (7th Cir 2000).

These Defendants have violated the Plaintiffs Constitutional Rights, Civil Rights, Due Process Clause and Federal Laws. By trickery, cunning and by fraudulent entry to Plaintiffs outgoing legal mail the Defendants have violated rights and laws in their willful schemes. These Plaintiffs who are at the mercy of the Defendants have suffered violations to their Constitution, Civil, and Due Process rights, but so has the United States suffered by the actions of the Defendants criminal unconstitutional schemes. (See Section 85.04 Found at 18 U.S.C. 31001.1).

.
.   Whoever, in any matter within the jurisdiction of any department or agency of the
.   United States knowingly and willfully falsifies, conceals, or covers up by any trick,
.   scheme, or device a material fact, or makes any false, fictitious, or fraudulent
.   statements or representations, or makes or uses any false writing or document
.   knowing the same to contain any false, fictitious or fraudulent statement or entry,
.   [SHALL HAVE COMMITTED AN OFFENSE AGAINST THE UNITED STATES].

These Defendants' false representations to the Plaintiffs that their certified out going legal documents were sent out to the Courts in fact is a false statement by misrepresentation. As is the Postal employees agreement to knowingly and willfully misrepresent false, fraudulent documentations as to winningly trick the Plaintiffs that their certified outgoing legal documents had been left and, therefore, in the possession of the United States Federal Post Office. When in Fact the privileged legal correspondences had been given back to the employees of FMC Carswell, therefore, willfully becoming apart of the conspiracy to violate the federal laws of the land and the Constitution of the United States and the Civil Rights of these Plaintiffs. These actions are actual injury to the Plaintiffs by virtue of violations of the Plaintiffs rights.

53. The Defendants failure to act allowed, if not supported the Constitutional and Civil violations along with the breaking of well established federal criminal activities such as: mail fraud and mail tampering. The Plaintiffs informed the Defendants named by several different ways such as:  (1) In person; (2) Emails to each Defendants; (3) Paper cop-outs sent through internal mail system; (4) Hand delivered paper cop outs also known as "grievances. See Alexander v. Perrcil, 916, F. 2d 1392, 1395 (9th Cir. 1990 (prison officials "can't just sit on your duff and not do anything" to prevent violations of rights); Lewis v. Mitchell, 416 F. Supp.2d 935, 945 (S.D. Cal. 2005) (a person may be liable under Section 1983 if he "omits to perform an act which he is legally required to do that causes the deprivation of which (the Plaintiff complains)." (quoting Johnson v. Duffy, 588 F. 2d 740, 743 (9th Cir. 1978).

.
.                                      EIGHTH CLAIM:
.                                      MAIL TAMPERING

54. Each Plaintiff has shown their outgoing certified legal mail has in fact been tampered with by named FMC Carswell Defendants, unnamed Postal workers who are in conspiracy with Carswell employees through their agreements. schemes,

trickery, theft, and practices by which these Plaintiffs have presented material evidence.

55.  The overt acts of (1) Taking possession of Plaintiffs' certified legal mail packages then proceeding to take off the "return certified slip" that is to be stamped by the post office with the date that the package is surrendered over to the post office for delivery, but the package is not taken to the post office only the slip to be stamped with the "date received" by post office;  (2) The legal outgoing mail is left at FMC Carswell; (3) The FMC Carswell Defendants named return to Carswell with the postal stamped certified slip and return that to the Plaintiffs through Carswell's mail system to show the Plaintiffs their outgoing certified legal mail was sent out for delivery when in fact the package was never given to the post office at all; (4) When a certified package is provided to the outside post office, not only is it stamped with the postal date stamp on the senders copy of the certified slip but it is also to be scanned by the scan bar tracking provided on the package.  That scan bar enters the certified tracking code into the postal tracking system and a label is created by the post office which is then affixed to the package and the package is placed out for delivery.  (5) When the Plaintiffs received the postal stamped certified slips the packages should be in the possession of the postal service and should have been scanned entering the tracking number into the system and a label made and affixed which readys the package for delivery.  This did not occur in some cases. The slips dated were the only step completed.  No scanning, no labels made, no delivery because the packages themselves never left FMC Carswell merely the certified slips to be stamped which allowed the Defendants time to read, copy, loose, or destroy and sometimes even call former attorney's, packages where in most cases not ever delivered if this scheme was employed.

56.  Another way tampering occurred was when Defendants named from FMC Carswell's mail room would take outgoing certified legal mail packages to the post office on the Base and they would have the certified scan bar on the package scanned which entered it into the system, but the Carswell employees named would not have the label affixed to said package and would return to Carswell with the Plaintiffs outgoing legal mail package in order to read, copy, loose, tamper with, provide other Defendants with copies, etc.... These Plaintiffs would have outside family or friends track these packages which exposed the fraud.  The system said "label created waiting for package".  But the package MUST HAVE been taken to the post office to even be scanned into the system to state a label has been created.  In some cases presented by evidence herein of photographed packages by the Plaintiffs, the Court can clearly view there is in fact no label by post office but by mistake those packages had been returned to the Plaintiffs housing unit by the mail room at Carswell when the Defendants had illegally returned with their legal mail. (photo provided).

57.  Legal packages where taken to the post office by named FMC Carswell Defendants and the certified slip was stamped with a date, the scan bar was scanned, and the label was created and affixed to the package and then the package was brought back to FMC Carswell by the named Carswell mail room Defendants.  The package as opened shuffled through and days later by mishandling returned to the Plaintiff in the housing unit, all stamps marked through with black marker.  The Plaintiff confronted the mail room named Defendants and was told, "the package was returned because the address is no good."  That was completely fake; (1) The address is currently still a good active address to the Plaintiff's former counsel; (2) the post office did not stamp the package or label it as "undeliverable" or "return to sender"; (3) the package never tracked in the system. (photo provided of package).

58.  The Plaintiffs use their true links to type some legal mail in their "drafts" on their accounts and when outgoing certified mail was taken to the FMC Carswell's mail room to the named Defendants, within one hour of returning to the housing unit the Plaintiffs drafts were shuffled around, some deleted, and Unit Team staff members were confronting the Plaintiffs with details only within the legal mail.

59.  Legal certified out going mail has factually been tampered with, in some cases not even sent.  Harming the Plaintiffs by unmeasurable means.  No person can honestly predict of the Plaintiffs lives, sentences and circumstances would not have been altered to their betterment had their legal mail reached the Courts where a federal judge could have ruled in their favor.  The violations to their Constitutional rights is not something to lightly brush over or away due to their status as a prisoner.  These Plaintiffs are human and their rights are to matter and be upheld equally as powerfully as every citizens.  A prison official's interference with mail may violate a prisoner's constitutional access to the Courts or interfere with a prisoner's First Amendment right to free speech.  Brewer v. Wilkinson, 3F. 3d 816, 820 (5yh Cir. 1993).
.
.
                                        SECTION 1708, THEFT MAIL
.
60.  These FMC Carswell named Defendants have by means of deception taken the Plaintiffs' certified out going legal mail.  Whoever steals. takes, or abstracts, or by FRAUD or DECEPTION obtains, or attempts so to obtain, from or out of any mail, post office, or station thereof, letter box, mail receptacle, or any mail route or other authorized depository for mail matter, or from a letter or mail carrier, any letter, postal card, package, bag, or mail, or abstracts or removes from any such letter, package, bag, or mail, any article or thing contained therein, or secretes, embezzles, or destroys any such letter, postal card, package, bag, or mail, or any article or things contained therein; or

Whoever steals, TAKES, or abstracts, or by FRAUD or DECEPTION obtains any letter, postal cards, package, bag, or mail, or any article or thing contained therein which has been left for collection upon or adjacent to a collection box or other authorized depository of mail matter; or

Whoever buys, received, or CONCEALS, or UNLAWFULLY has in his possession, nay letter, postal card, package, bag, or mail, or any article or thing contained therein, which has been so stolen, TAKEN, embezzled, or abstracted, as herein described, knowing the same to have been stolen, taken, embezzled, or abstracted -

SHALL be fined under this title or imprisoned not more than five years, OR BOTH.

61.  These Plaintiffs are forced to trust and rely upon the Defendants named and unnamed to follow polices, laws, and united States Constitution in regards to these Plaintiffs rights and laws set forth by the State and Federal Government.  The abuses suffered by these Plaintiffs by means of FRAUD, DECEPTION, CUNNING, SCHEMES, DISHONEST PRACTICES, UNLAWFUL PRACTICES, and THEFT have violated the Plaintiffs Constitutional/Civil and Due Process Clause and the LAWS of this land.

.
.                                         NINETH CLAIM
.                                          CONSPIRACY
.

62.  The interworking of dishonesty and the Defendants named and unnamed complete disregard for the laws of the land and the Plaintiffs Constitutional and Civil rights has permitted the collaboration of this scheme/conspiracy.

63.  These Defendants named and unnamed meet each required element to stand in a claim of conspiracy.  In light of these deficiencies, thru conspiracy, and the cumulative impact on the Plaintiffs, the Court must take immediate steps to prevent additional violation of the Constitution and laws.

64.  Elements of a conspiracy claim are:  (1) two or more persons;  (2) an object to be accomplished;  (3) a meeting of the minds on the object or course of action;  (4) one of more unlawful, overt acts, and (5) damages as a proximate result.  Tri v. J.T.T., 162 S.W. 3d 552, 556, (Tex. 2005).  Upon proof of a conspiracy, :each co-conspirator is responsible for the action of any of the co-conspirators which is in furtherance of the unlawful combination.  Pike v. Tex EMC Mgmt., LLC, No: 10-14-00274-cv, 2007 Tex. App. Lexis 5217, 2017 WL 2507783, at *5 (Tex. {2018 U.S. Dist. Lexis 9} App.-Waco June 7, 2017, pet. filed) (unpublished) (quoting Akin v. Dahi, 661 S.W. 2d 917, 921 (Tex. 1983).  All co-conspirators are jointly and severally liable "for actual damages resulting from acts in furtherance of the conspiracy, Id (quoting Energy Maint. Servs. (Grp.1. LLC. v. Sandt, 401 S.W. 3d 204, 220 (Tex. App.- Houston {14th Dist.} 2012, pet. denied.

65.  Element 1:  two or more persons.
The Plaintiffs move that this element has been met as required.  There are five named Defendants and due to the fact the Plaintiffs are incarcerated and without fully investigator abilities which are required to expose the names of the postal employees who are knowingly, willfully, and intentionally stamping, scanning, and never seeing and in some instances never keeping possession of the certified outgoing legal mail, there are more than five co-conspirators in this claim.  Element 1 is met.

66.  Element 2:  an object to be accomplished.
The object to be accomplished is to "loose", "destroy", block access to court and attorneys, to obtain personal and private information, that is shared on the compound, to obtain knowledge of information being reported in regards to the misconduct of FMC Carswell's staff.  Element 2 is met.

67.  Element 3:  a meeting of the minds on the object or course of action.
This conspiracy and courses of actions required a meeting of the minds of each Defendants in order to accomplish the tasks.  Element 3 is met.

68.  Element 4: one or more unlawful, overt acts.
The overt acts are unlawful and violated the Constitution of the United States, violate Civil rights and are unlawful under State and Federal laws.  Element 4 is met.

69. Element 5:  damages as a proximate result.
Damages are not measurable.  It is the Plaintiffs life, liberty, and freedom.  Element 5 is met.

.
.                                                      EXHAUSTION
.

The Plaintiffs have attempted exhaustion of remedies by multiple avenues such as:  (1) In person talks with each named Defendant on more than one occasion each;  (2) Sending of detailed requests to staff emails to which no response was given; (3) Emailed Administrative Remedies to which no response was given;  (4) Emailed OIG Special Agent Wright;  (5)  Exhaustion is fruitless and futile when the Defendants do not reply;  (6) Exhaustion is fruitless and futile when remedies are refused and threats are made;  (7)  Exhaustion is fruitless and futile when FAKE addresses are programed into the "address labels" available for AIC's to send sensitive Administrative Remedies to Regional and Washington which is a step in the process.  (See exhibits of emails and evidence addresses are fraudulently provided to trick AIC's at Carswell)

70.  A prisoner may be excused from exhausting her Administrative Remedies where "irregularities in the administrative process itself" prohibits her from doing so.  Shah v. Quinlin, 901 F. 2d 1241, 1244 (5th Cir. 1990).  Moreover, there is a "substantial effort exception" to the exhaustion requirement.  Rourke v. Thompson, 11 F. 3d 47, 51 n. 10 (5th Cir. 1993).  Finally, an Administrative Remedy is inadequate where prison officials ignore or interfere with a prisoner's pursuit of relief.  Holloway v. Gunnell, 685 F. 2d 150, 154 (5th Cir. 1982), (2011 U.S. Dist. Lexis 6) and available Administrative Remedies are deemed to be exhausted when the time limits for the prisoner's response set forth in its own grievance procedure rules have expired.  Powe v. Ennis, 177 F. 3d 393, 394 (5th Cir 1999); Underwood, 151 F. 3d. at 295.  However, federal courts do no require a petitioner to pursue a remedy for a claim that has virtually no chance of being addressed on its merits.  Whitney v. Horn, 280 F. 3d 240-252 (3rd Cir. 2002) cert. denied, 537 U.S. 1195, S. Ct. 1351, 154 L. Ed. 1030 (2003).  This concept is often referred to by the Federal courts as "anticipatory denial" of relief.

71.  This language from Laing v. Ashcroft, 370 F. 3d 994, 1000 (9th Cir. 2004) which was quoting SEC v. G.C. George SEC., Inc., 637 F. 2d 685, 688 (9th Cir. 1981).  "Specifically, exhaustion of Administrative Remedies may not be required when:  (1) available remedies provide no genuine opportunity for adequate relief;  (2)  irreparable injury may occur without immediate judicial relief;  (3)  administrative appeal would be futile; and (4) in certain instances, a Plaintiff has raised substantial constitutional question.  Id. (quoting Beharry v. Ashcroft, 329 F. 3d 51, 62 (2nd Cir. 2003).

72.  Constitutional violations, attempts for file, speak with staff (Defendants), and unanswered emails, and irreparable injuries through Constitutional and Civil rights violations deem these named Plaintiffs have exhausted or need not.

73. The Plaintiffs have used the BOP provided documentary to the BOP on their Request Forms of actions on the available computer systems for AIC's, this link is labeled "Administrative Remedies". The Plaintiffs have made use of this access to filing Administrative Remedies due to staff refusing to give the paper forms of Administrative Remedies. As can be seen clearly by this Court no responses are ever provided to the Plaintiffs.

74. The Plaintiffs have emailed the Warden and SIA and OIG regarding these violations and no replies or concerns offered.

75. Threats have been made to the Plaintiffs if they continue to document abuses by Unit Team members and mail room staff members. The Plaintiffs have documented the abusive culture within the Unit Team staff members in their 2241 motions (See (5) case numbers: 4:24-cv-726-P; 4:24-cv-788-P; 4:24-cv-727-O; 4:24-cv-740-O; 4:24-cv-743-O). These staff members are the parties that hold the power to provide the "paper forms" of Administrative Remedies.

76. These Plaintiffs have made honest attempts to exhaust and are blocked making the process not available and fruitless and futile. The Plaintiffs exposed the Defendants dishonest prevention to allow the exhaustion step of contacting Washington D.C. See Turner v. Burnside, 541 F. 3d 1077, 1083-84 (11th Cir. 2008) (where warden tore up prisoner's grievance, he was not required to re-file his grievance or grieve the warden's action, neither of which were prescribed by grievance rules); Muller v. Berkebile, 2008 WL 635552, *7-9 (N.D. Tex., Mar. 10, 2008) (where official refused to process grievances contrary to policy, prisoner's were not required to take steps not prescribed in the policy to get around him; PLRA Law applied in Section 2241 case); Crawford v. Berkebile, 2008 WL 323155, *7-8 (N.D. Tex., Feb. 6, 2008) (same).

Also see In Hemphill, the Plaintiff, who alleged he was threatened and physically assaulted to prevent him from complaining, wrote a letter to the Superintendent rather then filing a grievance. The Hemphill decision also holds that each such conduct by prison staff may estop the Defendants from asserting the exhaustion defense, or may constitute special circumstances justifying failure to exhaust, or failure to do so consistently with the grievance rules. Hemphill v. New York, 380 F. 3d at 688, 690; accord, Turner v. Burnside, 541 F. 3d 1077, 1085-86 (11th Cir. 2008); Kaba v. Stepp, 458 F. 3d at 684-85; See Ziemba v. Wezner, 366 F. 3d 161, 164 (2d Cir. 2008) (directing District Court to consider whether a complaint to the FBI and subsequent investigation could amount to exhaustion by the Plaintiff subjected within the prison to threats, beatings, and denial of writing implements and grievance forms).

These Plaintiffs have used the Administrative Remedies made available (by link on computer) but suffer threats and intimidations by staff and staffers' friends. These Plaintiffs have reached out to higher officials in attempts to be heard and receive aide to no avail and now proceed to attempt access to the Court again, as FMC Carswell's mailroom named Defendants violate the Constitutional and Civil Rights of these Plaintiffs. This Court should not allow the herein 1983 to be dismissed for failure to exhaust claims that the Plaintiffs foresee the Defendants requesting from this Court.

The Fraud schemes, Constitutional, Civil and illegal federal acts being committed by these Defendants should and would NOT be permitted by ANY United States Prosecutor if presented to them against any person within the United States. The Plaintiffs herein are still VERY MUCH still worthy of equal protections and call upon the Court to make an example to all prisons that abuses a person in their care will NOT be overlooked, and violations against the Constitution and Federal laws will be equally punishable to all who choose to violate them regardless of their job titles or their victims labels as (prisoners). See Exhibit Marked (Fairness).

12
14

SECTION: DETERANCE

77. The Plaintiffs are in no way experienced preparers of indictments or criminal complaints. Even the Plaintiffs as lay persons in law can layout FACTS that would procure any citizen or non-citizen an indictment or criminal complaint by the United States of America.

78. With all the herein alleged, there leaves the simplest of questions as follows: (1) Will the Defendants illegal and unconstitutional actions be swept under the court house rugs because the victims are deemed less then human, therefore, not worthy of their guaranteed rights due to their status as prisoners; (2) Does the CLEARLY established Federal laws apply equally to all who violate them regardless of positions?

79. The Plaintiffs pray the Court, Prosecutors, FBI, Senators, and Public understand that under the best of circumstances it is almost an impossible mountain to climb to adequately be heard and understood from inside prison walls when a prisoner is alone representing pro se. To have additional intentional interferences to the pro se process which is vital for access to the Courts and attorneys violated by powers much larger than ones self. This makes any pro se Plaintiff (prisoner) a victim by those entitled Defendants use of reckless schemes put in place with the sole intent to deceive and defraud the few fundamentally protected rights that a prisoner hold their remaining hope. This must NOT be something to be taken lightly.

80. Deterrence to those who abuse the Constitution of the United States and well established Federal laws of this nation demands the Courts show a strong presence and interest in the security of protecting citizens no matter their labels from arbitrary illegal and unconstitutional actions. This MUST be a fundamental concern of EVERY Honorable Court of law.

PLAINTIFFS MOCK
CRIMINAL COMPLAINT
(Fairness Exhibit)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIIVISION

UNITED STATES OF AMERICA

v.

WARDEN RULE  (01)
MS. FRAISER    (02)
MS. PARKER    (03)        Case No:_____
MR. ROBELS    (04)
MR. TUCKER   (05)

CRIMINAL COMPLAINT

COUNT ONE

Conspiracy to Commit Mail Fraud, Mail Tampering and Theft of Mail
(In violation of Section 1341 and 1708)

Beginning in or before Feb. 2023, and continuing until in and around August 25, 2024, in Fort Worth Division of the Northern District of Texas, and elsewhere, Defendants Rule, also known as Warden,    Fraiser,    Parker,    Robels,    Tucker, along with others known and unknown      ----------- base postal office, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 18 U.S.C. Section 1341 and 1708 to commit Mail Fraud, Mail Tampering, Mail Censorship, and Theft of U.S. mail.

1. The known and unknown Defendants knowingly and intentionally engaged in a scheme to loose, trash, copy and/or prevent U.S. certified mail from being sent to Federal Court Houses and attorneys.

2. The known and unknown Defendants abused their positions of power and trust in order to control scheme and violate the Constitutional and Civil rights of the Plaintiffs.

3. The known and unknown Defendants knowingly and intentionally violated Federal laws of Mail Theft, Mail Tampering, and Mail Fraud against the Plaintiffs in there care.

4. FMC Carswell Defendants knowingly and intentionally recruited postal employees to falsely scan, falsely stamp certified tracking slips to misrepresent to the Plaintiffs that their US certified legal packages had been delivered and left at the post office when in fact FMC Carswell retained possession of those certified legal packages.

5. Postal employees falsely entered in tracking locations for outgoing certified legal packages for FMC Carswell Defendants to misrepresent packages had been mailed.

6. FMC Carswell Defendants opened sealed outgoing certified legal mail and copied contents and shared contents with additional Carswell employees.

7. FMC Carswell Defendants opened incoming legal mail and copied contents and shared those private contents with other Carswell employees.

8. FMC Carswell Defendants recruited other staff members to call Plaintiffs attorneys.

9. FMC Carswell Defendants recruited other staff members to threaten and intimidate Plaintiffs with time in segregation, loss of property, separation of mother and daughter, and separation of Plaintiffs to prevent them from protecting one another, and threats of FSA refusal and privileges.

10. All known and unknown Defendants have knowingly, willfully, intentionally, combined, conspired, confederate, and agreed to violate Plaintiffs First, Fourth, Fifth, Sixth and Fourteenth Constitutional Rights.

11. Defendants known and unknown have used complex and suffocated measures to commit the conspiracys herein this criminal complaint.

12. Defendants have denied the Plaintiffs Constitutional and Civil Rights through deceit and fraud, furthermore committing crimes against the United States.

16

RELIEF

1. The Plaintiffs each seek compensatory damages. (1) The Defendants have destroyed, confiscated by illegal means the Plaintiffs outgoing certified legal mail; (2) The Defendants have violated the Plaintiffs Constitutional Rights, Civil Rights and violated the Plaintiffs' Liberties; (3) The Defendants have inflicted psychological and emotional damages by their practices and schemes, which each Plaintiff has and will continue to suffer. See Sample v. Diecks, 885 F. 2d 1099, 1112 (3rd Cir. 1989) ("Surely, if we required an accountant's methodology to be applied in such manners, no price could be fixed and constitutional wrongs could go uncompensated entirely, as well as undeterred"); Benjamin v. Sielaff, 752 F. Supp. 140, 149 n.27 (S.D.N.Y. 1990) (citing Sample).

2. Each Plaintiff named seeks this Honorable Court to GRANT her Punitive Damages. The named Plaintiffs seek Punitive Damages to be awarded to each. See Williams v. Kaufman County, 352, F. 3d 994, 1015 (5th Cir. 2003) ("Just as nominal damages are allowed without proof of injury, a punitive award may stand in the absence of actual damages where there has been a constitutional violation"); accord, Walker v. Bain, 257 F. 3d 660, 674 (6th Cir. 2001); Robinson v. Cattarugus County, 147 F. 3d 153, 161 (2nd Cir. 1998).

3. These Plaintiffs pray the Court issues a Declaratory Judgement declaring that Defendants' practices in subjecting the Plaintiffs to the conditions of confinement described in this Complaint violate rights guaranteed to Plaintiffs under the First, Sixth, and Fourteenth Amendments to the United States Constitution.

4. Preliminary and permanently enjoin Defendants, their agents, employees, successors in office and assigns from engaging in the unconstitutional and unlawful practices, acts, and omissions described herein, including the threats of retaliations. Although compensatory and punitive damages may be awarded they will not adequately protect the Plaintiffs. The Plaintiffs have shown the Court that these violations, practices and cunning schemes have been occurring for years unknown to the Plaintiffs and are not in any figment of the imagination going to not continue to occur, nor or the violations an isolated occurrence by nay means. See Orantes-Hernandez v. Thornburgh, 919 F. 2d 549, 564 (9th Cir. 1990); Lopez v, Garriga, 917 F. 2d 63, 67 (1st Cir. 1990) (requiring "likelihood of future unlawful conduct on the Defendants' part); Commodity Futures Trading Com'n v. Wall Street Underground, Inc., 281 F. Supp. 2d 1260, 1273 (D. Kan. 2003) ("In drawing the inference from past violations that future violations may occur, the Court should look at the 'totality of circumstances,' and factors suggesting that the infraction might not have been an isolated occurrence are always relevant"). (citation omitted).

5. Award such other and further relief as this Court may deem necessary.

Done This 21st Day of August 2024

Humbly,

1. Faith Blake _Faith Blake_____ Reg# 73053279

2. Barbara Lang _Barbara Lang_____ Reg# 45300074

3. Regina Preetorius _Regina Preetorius____ Reg# 17690021

4. April Cadena _April Cadena_____ Reg# 83716380

5. Maribel Santana-Cerano _Maribel Santana_ Reg# 99877479

6. Jaqueline Graham _Jacqueline Graham____ Reg# 23853111



CERTIFICATE OF SERVICE

I the undersigned do hereby certify this foregoing motion has been sent to the Clerk of this Court via U.S. Postal Service Certified mail postage prepaid affixed (Certified Tracking No: 9589-0710-5270-0329-2506-02).  Further she request a copy be provided to all parties via the CM/ECF system as she is detained and has no other means to do so.

Done This 24th Day of August, 2024

Humbly,

Faith Blake
Reg# 73053279

Barbara Lang
Reg# 45300074

Regina Preetorius
Reg# 17690021

April Cadena
Reg# 83716380

Maribel Santana-Cerano
Reg# 99877479

Jaqueline Graham
Reg# 23853111

TRULINCS  73053279 - BLAKE, FAITH - Unit: CRW-H-N

--------------------------------------------------------------------------------

FROM: 73053279
TO: Johnson, Kaley
SUBJECT: Faith
DATE: 09/04/2024 07:00:23 AM

DECLARATION OF FAITH BLAKE
A PRISONER OF THE FEDERAL SYSTEM
HOUSED AT FMC CARSWELL IN FORTWORTH TEXAS

(1) The facts presented herein are all truthful and correct under the risk of perjury 1746.

(2) I faith Blake have evidence of certified outgoing legal packages that have been scanned but have come back to FMC Carswell's mailroom, proving Carswell's mailroom staff did not leave the certified outgoing legal mail at the post office to be sent out.

(3) Postal employees have to have scanned the packages IN order for them to show up on the tracking system with such things as "label created waiting for package". This means that the postal employees scanned the package and then inturn allowed FMC Carswell's staff members to take back the package to do as they wished with it.

(4) Fake tracking of outgoing legal mail is provable by the tracking system having uploading information of legal mails locations that are later proven to be false completely. Packages have never been delivered where the tracking information's claims it has been and then when confronted by this information at Carswell.. the packages within hours will be delivered to the correct location without any tracking in the system showing up at all.
Which means Carswell had the packages the whole time.

(5) I have evidence certified legal mail was never sent to parties yet the certified slips were stamped at the base post office with the date that the package was supposable handed over by FMC Carswell's mailroom employees to the post office employees. Packages in those intenseness were never scanned into the system for tracking. The AIC and I include myself in this also, would simply receive in the housing unit the certified slip back in the mail stamped making it appear that the legal mail was sent out.

(6) Packages have come back into the housing unit by mishandling sloppy work in the mail room at Carswell when the certified slips were already returned to the AIC. That proved the packages were never left with the post office at all and that the postal employee stamped a certified slip to misrepresent that legal packages clearly marked as outgoing legal mail were sent out when infact they were not. This shows that the Mailroom staff with Carswell HAS TO BE WORKING IN A CONSPRICAY WITH THE EMPLOYEES ON THE BASE THAT WORK WITH THE POST OFFICE. (there is a lot of military base personal that work here at FMC Carswell and I feel that it must be someone they know and have arrangements with. The fake scanning, fake tracking to fake locations, and the stamping of certified slips with the postal stamp showing the date that they took possession at the post office is only something that can occur at the post office by postal employees and then to have the mail be mistaking put back into the AIC's housing unit shows they are working together.

(7) I personally have seen FMC Carswell officers in housing unit One North present back to AIC's and Myself previously mailed certified legal outgoing packages with the stamped certified slips also in the mail bin. I have seen and heard officers in One North state comments such as: "oh, man... well i don't know how that happened but if you will let me keep it i will make sure it goes back to the post office.. how in the hell did it get back here?"

(8) I have witnessed incoming Legal mail arrive in One North unit and Two North units opened and removed from the packaging/envoples it was placed into by the courts and attorneys and replaced into FMC Carswell's blank envoples.

(9) I have witnessed pages missing from incoming legal mail.

(10) I personally witnessed a phone call with an attorney and an AIC in One North ( a named plaintiff in this case ) where counsel on the phone was so upset that they had received a call from a social worker here at Carswell just as he received a very private legal package that contained names and information on a Rule 35 that person had contacted the government over. This attorney blocked that AIC's calls over this. Counsel made the AIC state what was sent to him and in what kind of packaging.

(11) I have never signed the "legal mail log book" in FMC Carswell's mailroom. Named defendants refuse to permit me to do so and state, "I will sign it you don't need to". (against program statement)

19.

--------------------------------------------------------------------------------

(12) I have met well over 25 ladies who have outgoing legal certified mail that is not being delivered.

(13) I personally have been threatened that "I best shut-up" and "that my mother and I would be separated". I was also sked "have you ever done SHU time?". This started when I filed in court about the 2241's and has gotten worse.

(14) I am going to cover another subject herein just so that it shows the mind set of the staff working at FMC Carswell in Unit Team and Medical also. The over all mind set here is one of dishonesty and hate towards AIC's. Such as: (a) My medical files are completely falsified to the point that FMC Carswell stated in them that I have stage two Parkinson. Which I have never had nor been tested for. (b) FMC Carswell's medical staff Doctor Bollinger put me in "remission" for this issue which everyone knows there is no remission for. Once again falsifying my medical records. (c) When I presented to the clinic with chest pains for the first time in my life and they placed me on the ekg I was in serious A Fib. They asked me if I had ever had any types of heart conditions to which I said no. (d) When the ambulance showed up and took me to the hospital it was hand written by the staff at Carswell that I suffered a history of A Fib.

(15) I know factually that others medical records are falsified here at FMC Carswell. My own mother Barbara Lang being one.

(16) I have attempted filing administrative remedies more times then I can recall and have been refused paper forms, thrown out of offices by unit team members, filed remedies via the provided administrative remedy link and NEVER have had a single response, taken copouts to head of departments to only be refused to take the paper copouts from me and have been falsely written up for attempting to hand in a copout, and I have personally spoken to regional staff members when they were onsite and they have brushed this huge issue away with comments such as: " well take the next step" "file a 2241 if you think you need to" and my personal favorite "I doubt that kind of thing is happening".

(17) I have had friends/coworkers/and family members of staff members named in the 2241 and this 1983 attempt to file false reports against me and my mother and I have seen over named plaintiffs receive fake reports against them. This all costs AIC's their FSA credits, SHU time, loss of phone and commissary and more. The retaliations on this compound are overwhelming and clearly shown to upper staff members such as the Warden and AW Hess. Some of the threats are scary and include loss of all our legal materials out of our rooms.

(18) Unit Team in One North refuses to provide legal lockers in the unit so that we can access them. They are currently upstairs behind two different locked doors and no staff members are willing to take us up there and wait till we find what we may need and if we miss something and need to go back it will not be allowed.

(19) FSA days are under constant threat. New rules are made up to make life in the unit harder for all AIC's and new compound rules are made up with total disregard to the steps that must be taken through their very own program statements. Officers have come forward and spoken to a few of us in this 1983 and told us that the newest rule is only till we "get some get right". Therefore, that shows me that it is really a punishment/retaliation against us who fight back. But no steps were correctly taken per program statement to enforce this newest mass punishment which is (all AIC's most lock down in our rooms at 9pm every night and will not be allowed to come back out after that). This is not how the compound has run for years (over 15). After the 9:30pm count we AIC's are allowed back out to use the phones, computers, and watch TV until 11:30pm. One note is that we here at FMC Carswell have no doors on our cells so we are not "locked down". This change is since the filing of several 2241's against the unit teams for failure to apply the laws IN regards to upfront loading the GCT, FSA, and SCA credits. Unit team one north is the only unit that must keep all our cell lights on all day and until after the 9:30pm count and we are a hospital overflow unit. All the 2241's come out of one north and cc5. Unit Team in one north is mad very very mad and making the whole unit pay by not allowing anyone to turn off their cell lights. It has never been that way and they once more did not follow program statement to make up a new rule.

(20) I have personally and have witnessed many times ladies being turned away from sick call. Being told to just go talk with your friends you will be fine, you're faking it, you're just fat, drink more water, we don't have time for you today, and more. Sick call days are not always entered into the system here I have personally seen the medical staff not enter that I was there and when I asked why I was not being listed the response was "well i know you're here that is all that matters".

(21) I say all this in this declaration as truth and stand by every word as I was standing in the court room on the stand. Life in this prison is harder due to the employees and their dishonesty, fraud, constitutional violations, disregards to our life, liberties and personal well being. I have never seen such hate for others then I have out of these defendants and some of the staff here at Carswell. I have seen life lost over the disregard they hold here. And my rights have been violated over and over here and I can prove to the court it occurs.

TRULINCS  73053279 - BLAKE, FAITH - Unit: CRW-H-N

-----------------------------------------------------------------------------------------

Done this 2nd day of Sept. 2024

Humbly,

Faith Blake 73053279

TRULINCS  45300074 - LANG, BARBARA - Unit: CRW-H-N

------------------------------------------------------------------------------------------------

FROM: 45300074
TO:
SUBJECT: DECLARATION OF BARBARA LANG 45300074-1 north
DATE: 09/01/2024 11:19:25 AM

DECLARATION

i am housed at FMC Carswell, Ft Worth, Texas.  This is my declaration of FACTS that have happened to me.  I hold up
my right hand in declaring my testimony.

I have evidence of my "LEGAL PACKAGE and MAIL not leaving this building.  The GREEN CERTIFIED CLIPS are stamped
making me the AIC believe my Legal mail has been sent out, but when my family or friends track in the tracking system
there are no tracking for that particular package or mail.  ALSO...

I have evidence of LEGAL PACKAGE being scanned and a label being created at the outside Post Office on the Navy Base
and the Post Office is "WAITING " for the package.  The package arrives back in my unit at the officers station with the GREEN
CERTIFIED SLIP still attacked and unstamped from the post office , but yet it was scanned at the post office on the outside at
the Navy Base and its showing up in the tracking system as though its tracking.  The package arriving back in the unit is
"accidental" due to the sloppy work in the mail room here at Carswell.  They did not have any intention for my mail
to show up in the unit and back into my hands showing that it was in FACT still in the building and not having been sent out
for delivery.

I have evidence that my LEGAL MAIL as being delivered to a receptionist in a out of the way state and city such as "Amarillo,
Texas, "FAKE TRACKING".  When I made this known to the Warden, my Legal mail shows up at the correct Court house (your
court) a few hours later with NO tracking in the system showing it left Amarillo, Texas. Still to this date 8/31/24
it still shows delivered to a receptionist in Amarillo, Texas.  When my family calls Amarillo, Tx, we get the information that
there was never any package from me arrived at their station.  This shows my legal package never left Carswell and was in fact
still here.  All FAKE TRACKING.

I have evidence of "opened  & copied Legal Mail.

I have evidence how my mail/our mail is BLOCKED from leaving the building and wrong addresses given to us by this staff for
labels which are required for us to use in order for our mail to be sent out for delivery. Including wrong addresses to COURTS
and BOP OFFICES for ADM REMEDIES/ COMPLAINTS to resolve our matters and situations.

My mail, our mail is being tampered with, blocked and stolen and trashed.

I know now why I have not received answers from courts even as far back as 2020.  In 2020 I was very sick paying no attention
to the FRAUD and MAIL TAMPERING.  I am in GREAT HEALTH now and have uncovered these illegal activities going on at
this facility blocking our mail.

This has actually affected my freedom because NO ONE can say how the court would have ruled.  This has caused me and
other AIC damage that cannot be repaired.

RETALIATIONS began to occur within hours of filing and receiving of my 2241.  A person cannot shop if they are in a FRP
REFUSAL. I did shop for 3 months meaning I was NOT in FRP REFUSAL "UNTIL" the filing and receiving of my 2241.

TAKE NOTE Honorable Judge Mark Pittman & Honorable Judge Reed O'Connor, in the 2241 I requested protection from this
court from this kind of RETALIATION.

naming them as defendants and then the team put me in FRP REFUSAL for 6/7/24 which did not happen because i had a NEW
SIGNED CONTRACT SIGNED. This FRP REFUSAL is illegal, false and FRAUD, causing inrepable harm.

This began when MAILING & ATTEMPTING TO MAIL OUT my First Legal Package to this court in which it never left the
Carswell building UNTIL I confronted the Warden Rule and ask him to meet me in the mail room on the 19th of August to sign
off overseeing and placing his signature on my LEGAL PACKAGE = 2nd second legal package, a copy of the first one.
When this occurred the First package shows up in this Court but tracking tells me its in AMARILLO, Texas and received by an
receptionist.  No tracking showing it traveled from Amarillo, Texas to Ft. Worth.
When this mail room is busted, I am retaliated in this despicable harmful way in order to COST ME HOME CONFINEMENT

TRULINCS  45300074 - LANG, BARBARA - Unit: CRW-H-N

--------------------------------------------------------------------------------

THAT i HAVE ASK THIS HONORABLE COURT FOR IN WHICH I QUALIFY FOR UNDER THE LAW.  Because with a FRP REFUSAL
we lose our FSA and Opportunity for  HOME CONFINEMENT and other benefits.

My unit team which consist of the unit manager "Ms. Rebella" and the Case Manager Ms. Brown, they put me in FRP REFUSAL status as RETALIATION for the filing of the 2241 naming them as defendants. (I repeated myself). This was/is an RETALITORY ACT because I was not in refusal on said date. Ms. Rebella said to the Warden Rule that I was on 6/7/24. I was given a NEW SIGNED CONTRACT and shopped many times under my new signed contract on dates as follows:

6/18/24, 7/16/24, 8/1/24, 8/13/24. Covering 3 months!  I have all receipts and trust fund documentations.

  The Case Manager calls me back into her office on 8/19/24 accuses me NOT meeting my payment on 7/1/24-7/10/24.

  The FUNDS were NOT taken out of my account but the FUNDS WERE IN my account (evidence will show this and was presented to the Warden Rule.  This mistake on purpose or not on purpose? lays with Case Manager Brown not turning in my signed contract.  I was NOT in default.
 Rebella and Brown put me in FRP REFUSAL for 6/7/24 when only a partial payment was taken out. Actually I was not under a contract on 6/7/24. I was given a NEW CONTRACT And I was not put into FRP REFUSAL until the filing of my 2241 in late August 24 !

On this MAGIC DATE of Aug 19th was the date:
  A.  Warden Rule met me in the mail room to sign off on my 2nd Legal Package per my request coming to your court.
At this same time I told the Warden Rule that we are not allowed to sign in the Certified Book our signatures which would show that the inmate has sent out Legal mail.  Officer Robels, showed me how "HE" had entered my name in this certified book. (The Certified book ask for the "inmate's signature" but instead the staff writes in our signature!) sometimes). I then ask him to show me my name in this certified book on 8/1/24. Officer Robels assured me my name was there. I ask him to look and show me.
Lo and behold, my name was NOT in the certified book showing that I mail out Legal Certified mail on this date. He ask me to bring my certified slip giving him the certified number and he would place it in the book.  I refused to do so.  There is tracking and other evidence showing that I sent out my Legal package on this date but it had in fact never left the building except to be scanned and they brought the package back to Carswell with NO postal stamp or label
that certified mail receives from the Post Office at the Navy base and the certified slip still attacked to the package. Yet the legal package is tracking in the system , Fake tracking and ends the tracking in Amarillo, Texas, when my Legal package is still at Carswell.
B.  2241 filing was sent to all parties. at 1.36 P.M. and it was 3:08 when Case Manager calls me back into her office to put me in FRP REFUSAL.
C.  I begin to show them RETALIATION and how I was not in refusal and REBELLA orders it and tells the Warden she ordered it, when in fact I had a New Contract and shopped JUNE, JULY and AUGUST.  Ms. Rebella out right lied and gave false report to the Warden that I had missed (3) payments.  (FRAUD.)  I actually heard her say this to the Warden, as we were in the Chow line during main line having lunch. This is a completely a fraudulent statement.  (I have the proof / evidence in what i am speaking to you).

These RETALIATIONS began to occur within hours of filing the 2241.

  Threats of separation of myself and my daughter FAITH BLAKE #73053279.  Putting myself in a FRAUD FRP REFUSAL, THREATS of Having all our LEGAL paper work taken into their possession and trashed. (already threatened twice and my daughter and I had to stand our ground, I did notify the Warden by email).  Trashing our room.

  Please allow me to divert right here and mention the FALSIFYING of  medical records in which I have not brought up in this filing but I want to make you aware.

  All this STRESS has caused my daughter to go into serious AFIB and she has NO history of any AFIB.  I am listed as a care level (3) which is not appropriate with my health care, not per their own Program statement. A Care level 3 .  I have made attempts to be removed from this Care-Level 3 but I am refused. There is no need for me to be at a care level (3). I do not go to medical nor make outside medical trips, nor do I take any heart medications nor take any lung medications.

I do NOT have COPD as they report (FAKE TEST RESULTS) & They have me listed as going out for a sleep study with the results in which I have never had a sleep study!  I actually signed a refusal for this as I do not believe in them. I am NOT treated for COPD either. and I do NOT use oxygen as they report . I have attempted to make them take back this oxygen machine that is nothing more than a dust collector a "what knot" in my room but they demand i sign a "refusal" for refusing medical care. I am

TRULINCS  45300074 - LANG, BARBARA - Unit: CRW-H-N

---------------------------------------------------------------------------------------------

not refusing, I do not use oxygen period!  I still have this machine in my room now for 4 years! and NEVER use it. My records are falsified.

I do have a pacemaker but a pacemaker is NOT a required care level (3).  I see the Cardio Dr. who comes to this facility every 9-10 months and I have the pace maker checked about every 6 months. It has a battery life of 10 years which is the 10 years on it at this present time.  I am in great health just the senior issues that come with age (70)  I get around perfect.  I have NEVER seen a lung specialist in all the 5 years that I have been in this facility. I have spoke with someone that I COULD NOT SEE on the phone for about 5 minutes and that is it. I do not need to see a lung Specialist.

I take Blood pressure medication and Calcium and Blood Thinner (most American's do) and a lite fluid pill and Vit D. I walk and walk the track without assistance approx. one mile a week and several half miles during the week. Walk to main line and back with NO wheel chair. But medical has me down as wheel chair required, it is not required by me.  They did have me down as wheel chair BOUND in order to RETALIATATE and separate me and my daughter. We proved RETALIATION and the Warden made this wrong right and moved us back together.  When I challenged this wheel chair" bound" false statement they then changed and state wheel chair"required." Your Honor can see this on the front page of my team paper work.  All to get more money from the government and used it for RETALIATION and to keep me in this FALSE care level 3.

The Warden is aware of all these things (have emails to him and conversations) but FRAUD/RETALIATION is being allowed and the terrorizing of an AIC.   All because I am asking for the benefits that Congress has given me and this Unit team has refused to apply.  All the staff refuse to apply.

Dealing with this Unit Team and the mail room staff  (all are friends) that harms and takes pleasure in their actions makes me face these challenges or uncertainties by trusting in my ability to adjust and seek the court (your court) for help in finding my way.  By coming to this Honorable Court gives me greater ease and confidence knowing I can possess inner resilience because you Honorable Judge Mark Pittman  & Honorable Judge Reed O'Connor will apply rightfully the Law.

Sir, these are muddy alligator infested waters but in these infested waters there is wisdom and protection that is available to me for this fear and anxiety. These alligators work to hide and lurk beneath the surface which warn me to be cautious and careful for the alligators wants to take something away from me, which are my benefits given to me by the Law.

Honorable Judge Mark Pittman, & Honorable Judge Reed O'Connor, this negativity must be overcome and I can focus on myself to live a better and more joyful life. This Unit Team and this Mail Room Staff has made this journey mired in difficulties, all "intentionally".

Honorable Judge Pittman & Honorable Reed O'Connor, I ask you let not these muddy alligator infested waters sweep me away in its chaotic currents.

The Laws of Congress and the Supreme Court have built a healthy strong fence to create a safe haven and give HOPE.  A space where I the AIC can retreat and find solace.  This fence the Law has given symbolizes a strong sense of self protection and a healthy respect for boundaries.

On the other hand, if the fence is broken and allowed to be a dilapidated broken fence then we suffer the vulnerability of these external threats and or a lack of boundaries.

I ask this Honorable Court you Judge Mark Pittman & Honorable Judge Reed O'Connor to keep the fence strong , its boundaries in place, the protection, limitations and even including emotional barriers in place and well-being by applying rightfully the law.

Done This Day 9/1/24

Barbara Lang

45300074 - 1-N

Affidavit of Fact
OF
Jacqueline Graham
Reg # 23853111
August 11, 2024

I Jacqueline Graham being of sound mind and
majority age; hereby attest to the facts to the
Best of my recollection.

1) My name is Jacqueline Graham, I am 58 years
old and currently a resident AIC of FMC Carswell.

2) I hereby State FMC CARSWELL has grossly
interferred with my incoming and out going
mail since my arrival.

3) My attorney Harry Sandick would send me
draft motions, final motions and letters the
mailroom here at Carswell would hold my mail
for months and or weeks or never give it to me.
My attorney would have to repeatedly resend
the mailings to me and as much as 4 times
at times.

4) Books, Legal and Christian would never
be given to me and no notice stating they
came in & or why they were returned. Publisher
never received return of books. and my family and
friends never reimbursed. Tracking proves it
arrived. At minimum 15+ books never arrived
I told everyone NOT to Send any more. which
is heartbreaking to not receive mail anymore.

25.

5) Outgoing Personal and Legal Mail not arriving to recipients, causing breakdown in relationships due to No communication

6) Legal Mail clearly marked "Open in the Presence of Inmate"! opened, copied and items + pages missing + envelope copied I have kept all evidence and sent my attorney Katherine proof

7) Incoming legal documents copied I set sent to Attorney Sandvik + then additional copy sent with Note ("Here is what she recieved today from her attorney") accidentily sent to my attorney. I have email from attorney supporting this.

8) Denied Priority mail told I was not allowed to have it due to it being Priority mail. It was shown to me but unopened + I was not allowed to see it or touch it. I was yelled at asking why I was recieving Priority mail and threatened to be put in SHU. It's all documented in Staff email to the Warden

9) All evidence available upon request!

I declare all statement herein are true + accurate to the best of my recollection. Under penalty of Perjury

Respectfully Yours,

Jacqueline Graham

Jacqueline Graham
Reg # 23853111

I April Cadena #03716380 am writing this True and correct statement about all the unlawful things going on with the mail I have sent out.

I have been incarcerated at this institution FMC Carswell for more than a year. I several times have sent Legal Mail that have been open sent back or sent to different places. The biggest issue I have witnessed about the mailroom is a packaged that contained a Sensitive Rule 35 sent to my first attorney Mr. Piñon 1312 montana Ave. El Paso Tx. 79902. This envelope got open and read by staff members and my Attorney got called by a "Social Worker," from the institution after this issue my attorney said to not call again and that he couldn't help me anymore.

Again my Former Attorney Mr. Macias 1001 N. Campbell El Paso Tx. 79902 sent me emails letting me know about Legal mail including pictures and documents that never got to me or him. I have received envelopes with the adress torn out and taped to a different envelope to wich it came in even when it says in such papers from

court "not to open without the presence of the inmate". I have proof of such things mentioned on this statement like emails from attorneys, copies of the envelopes and recorded phone calls to my attorney.

Not only this I have received certified mail slips that are not find while tracking them.

April Cadena
#83716380

Done this 27th day of August, 2024

I April Cadena swear under Risk of perjury that this statement is True and correct.

Mi nombre es Maribel Santana Cerano #998 77479
Quiero dar testimonio de como carswell a
tratado de detener la llegado de mis Papeles
legales Y como ellos an abierto mis docomentos
Y despues me los an entregado en Sobres
diferentes Y Con una etiqueta hecha Por
ellos Y Sobres blancos que no son de
donde bienen los docomentos tambien an
estampado mi Correo lo mandan O hacen
creer que lo mandan Y despues regresa o
aParese aqui en la unidad Y dicen que nunca
Salio aun coando me an debuelto los PaPeles
de Certificacion como comprobante que an
Salido de aqui tengo emails donde les
e escrito pidiendo esplicaciones de el
Porque pasa eso Pero no hay respuesta
Conbincente me an abierto PaPeles que
le e mandado a mi abogado Confidenciales
que deben estal Seal Por el Contenido
Confidencial Y semanas despues melo
entregan con la excusa que esa direcion
no existe cuando mi abogado Sigue en
esa direcion Siento que todo esto es
debido a la demanda Civil que tengo en
Corte Y Por esa rason ellos Violan mis
derechos civiles Y mi Privacidad Y Pido
que todo esto Sea investigado Y que

esto Pare de suseder yo tengo las Pruevas
copias e emails donde e tratado de evitar
que sigan violando nuestros derechos y
doy mi testimonio que todo loque digo es
verdad bajo juramento. Maribel Santana Cerano

Maribel Santana Cerano

I, Regina Marie Preetorius being an Adult in Custody (AIC) inmate at FMC Carswell, declare the following sworn statement to be true and correct to the best of my knowledge. I also vow that all events, incidents, and transactions herein defined were either: (1) personally witnessed by me; or (2) I have first hand knowledge of the information described.

1. Certified Legal Mail sent to the Court and/or AIC's attorneys were: (1) Certified slips never returned to AIC's after packages were given to the mailroom with mailing labels and Certified slip affixed; (2) Certified slips were stamped by the base post office and returned to AIC, but package was lost, delayed or re-routed to a different address than originally affixed by AIC; (3) Legal mail is ordered to be left opened when provided to the mail room (not per Program Statement Policy); (4) Legal mail was re-opened by Carswell staff members after it was sealed, then shuffled through, copies made/possibly altered, given to other FMC Carswell staff who then contacted AIC's former attorney with Rule 35/sensitive materials, as well as Carswell staff member approached AIC with information (noted in 2241 motion) that was supposedly mailed the same day, all proving packages were opened and shared; (5) Certified Legal mail sent from AIC's attorney (multiple times): however, was NEVER given to the AIC and returned back to the sending attorney; (6) Legal mail given back to the AIC (by mistake) from the mail room after Certified slips were stamped and tracking showed "Label created" and/or "In route to destination"; (7) Packages returned from the mailroom to the AIC with no explanation or reason why "stamps were marked through with a black marker", causing the AIC to unnecessarily spend additional money on new stamps to resend the same package again; (8) Provided FAKE addresses in AIC's computer system (for mailing labels) to BOP's Central Office in Washington DC. This action would purposely cause all packages to be mailed to the wrong address. One Example: 320 First Street, Washington DC 20534 (correct address); instead, system shows 320 1st Street Washington, DC 20534 (incorrect address). These are (2) separate addresses in Washington DC. The AIC's computer system also does not allow us to alter, add, or correct addresses that are not already programed in. Executive staff has been notified about this issue numerous times verbally and in writing   This erroneous action alone hinders our ability to exhaust our remedies.

2. Legal documents and case information were deleted and shuffled through (NUMEROUS TIMES) in multiple AIC's back office/ draft section of their computers within 2 hours of legal mail given to Carswell's mail room to be sent to the Fort Worth District Court House in July 2024. 2241 Habeas Corpus motions were filed by multiple AICs claiming fraud, conspiracy, and intentional wrong doing by staff members concerning AIC's First Step Act (FSA), Second Chance Act (SCA), and Good Time Credits (GCT) credits that would lawfully allow these AIC'S to be pre-released to Home Confinement for the remainder of their sentence.

3. On the morning of August 14, 2024, staff intentionally sent AIC on a wild good chase to laundry and then to the Medical Director's office knowing that outside law enforcement was currently at the prison to see this AIC, AND ONLY HAD A LIMITED AMOUNT OF TIME before they had to leave and reschedule the visit for another time.

4. Retaliation: After (5) AIC's in Housing Unit 1-North mailed their 2241 Habeas Corpus motions in July 2024, FMC Carswell staff members started to do, and continue to order and enforce AIC's to live by conditions that do NOT follow BOP Program Statements and Federal law, such as: (1) Ordering AIC's to leave their cell lights on from 7:30am to 9:30pm, Mon thru Fri.... ONLY in 1- North when other units run by the same Unit Manager (Defendant Rebella named in the AIC's 2241) do not have to follow the same rules or even other units run by different unit managers. If lights are turned off, AIC's can be sanctioned, disciplined by loosing FSA credits, early release and/or other privileges; (2) Taking away or refusing to replace broken clothes irons, blow dryers, curling irons, hair straighteners and RATIONING LIMITS ON TOLET PAPER (violating "The Women's Act"and Female Offender Manual Program Statement 5200.02 dated 01/02/2018); (3) Arbitrarily and maliciously tried to raise FRP payments only after just recently signing a new contract (a few weeks earlier), which could cause AIC's to go into FRP refusal and FSA credits stopped and taken.  AIC's incoming money has not changed and has remained consistently the same; (4) Threats of separating an elderly mother AIC and daughter AIC who lives together in the same housing unit and cell; (5) Threats of having AIC's rooms tossed and property taken; (6) Deny access to legal lockers, but threaten to have legal documents taken that are in the possession of the AICs; (7)  AIC placed on the call-out for a class that was never signed up for, nor was she on the class roster to take the class, but was threatened by Carswell staff member with retaliation of taking her FSA credits.

5.  Warden Rule and FMC Carswell staff members have been repeatedly told verbally and in writing of the illegal actions and behavior committed by their staff members, but have fallen on deaf ears and continues to cause unnecessary mental stress and anxiety for me and other AIC's.  Our Constitutional and Civil Rights continue to be violated by defiant and entitled staff members who clearly deem us (AIC's) as unworthy of being afforded the same rights as any United States citizen; more specifically, access to the court system and our attorneys.  My family and I have personal documentation concerning some of the specific ILLEGAL examples described above ready to furnish the court and law enforcement upon request.

This Done 19th Day of August 2024

Regina Marie Preetorius    Reg# 17690-021

United States District Court
501 West Tenth Street, Room 310
Fort Worth, Texas 76102

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To
*United States District Court / Room 310*

Santana - Cerano
Housing Unit 1-N

Postmark
Here

Clerk's Office
501 West Tenth Street
Fort Worth, Texas 76102

9589 0710 5270 0329 2506 02

CERTIFIED MAIL

Victor Cornwell
Cerano

4/29



United States District Court
501 West Tenth Street Room 310
Fort Worth, Texas 76102

PRIORITY MAIL

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Santana-Cerano
Housing Unit 1-N

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  Clerk's office
United States District Court / Room 310
Street and Apt. No., or PO Box No.
501 WEST 10th Tenth Street
City, State, ZIP+4
Fort Worth, Texas 76102

PS Form 3800, January 2023    See Reverse for Instructions

Federal Medical Center, Carswell
Gabriel Santana-Cerano
Job: 98877499
Housing Unit: 1-North
Fort Worth, Texas 76127



34'

TEXAS FBI OFFICE
819 Taylor Street
5th Floor
Fort Worth, TEXAS 76102

## U.S. Postal Service
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

CADENA
1- North

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  TEXAS FBI OFFICE
Street and Apt. No., or PO Box No. 819 Taylor Street 5th Floor
City, State, ZIP+4® Fort Worth, TEXAS 76102

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 1810 0001 3574 7947

entry Carswell

orth

75 76127

page 2 of 2

35. 135

Texas FBI office
819 Taylor Street
5th Floor
Fort Worth, Texas 76102

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only

For delivery information visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Cadena
1-North

Postage
$

Total Postage and Fees
$

Sent To
TEXAS  FBI  OFFICE
Street and Apt. No., or PO Box No.
819 Taylor Street 5th Floor
City, State, ZIP+4
Fort Worth, Texas 76102

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7020 1810 0001 3574 7947

Federal Medical Center, CARSWELL
April Cadena
Reg# 83716 38D
Housing Unit 1-North
P.O. Box 27137
Fort Worth, Texas 76127

Stop 2nd



Federal Medical Center, Carswell
Naval Service Center
Reg No: 998 77477
Housing Unit: I - North
Fort Worth, Texas 76127

**CERTIFIED MAIL®**

9589 0710 5270 0329 2506 02

Retail

U.S. POSTAGE PAID
FCM LG ENV
NAVAL AIR STATION JRB
TX 76127
SEP 05, 2024
$0.00

76102

RDC 99                    S2324H504127-99

X-RAY

RECEIVED
SEP 10 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
501 West Tenth Street, Room 310
Fort Worth, Texas 76102

*Legal Mail*

Att: Clerk's Office

FMC/Cornwell
P.O. Box 27058
Fort Worth, TX 76127
Mailed: APR 2024
The enclosed letter and processed through Special
mailing procedures for forwarding to you. The letter
has neither been opened nor inspected. If the writer
raises a question or problem over which this facility
has no jurisdiction, you may wish to return the material
for further information or clarification.    (4)