IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FAITH BLAKE,<br>Institutional ID No. 73053-279 | § § § | |
| Plaintiff, | § § | |
| VS. | § | Civil Action No. 4:24-cv-865-O |
| WARDEN RULE, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

In this prisoner civil-rights action, pro-se plaintiff Faith Blake complains that Defendants mishandled and interfered with her outgoing legal mail. Blake recently filed a "Motion to Withdraw Mail Tampering & Mail Fraud Suit." *See* Mot., ECF No. 21.

Federal Rule of Civil Procedure 41(a) permits a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer. *See* FED. R. CIV. P. 41(a)(1)(A)(i). Because Defendants have not been served with process or answered Blake's complaint, the Court concludes that her motion serves as a self-executing notice of voluntary dismissal under Rule 41(a). The Court therefore **GRANTS** Blake's motion, **DISMISSES** this action without prejudice, and **DIRECTS** the clerk of Court to close this case.

**SO ORDERED** this **24th day** of **January, 2025.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**